

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2015

No. 04-14-00918-CR

Gary A. **CAMPBELL**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3125
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The Appellant's Motion to Relocate Defendant is hereby DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court